## JOHN SAUNDERS
### v.
## RICHARD SMYTH

### 1811

JOURNAL ENTRIES

1. Judgment . . . . . . . . . . . *Journal, infra, \*p. 386*

PAPERS IN FILE

1. Memorandum re calculation of interest . . . . . . . . . . .

## IN THE MATTER OF ONTAWABAY, AN INDIAN WOMAN

### 1811

JOURNAL ENTRIES

1. Recognizance discharged . . . . . . . *Journal, infra, \*p. 387*

PAPERS IN FILE

[None]